```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION
```

```
WILLIAM G. SUAREZ,              )
                                )
          Plaintiff             )
                                )
     v.                         )   Case No. 2:05 cv 264
                                )
TOWN OF OGDEN DUNES, INDIANA;   )
ROBERT TROWBRIDGE; HAROLD       )
McCORKEL,                       )
                                )
          Defendants            )
```

REPORT AND RECOMMENDATION

This matter was scheduled for a Rule 16 Preliminary Pretrial Conference on October 14, 2005. Attorney Ronald Semler appeared on behalf of the defendants. The plaintiff, William Suarez, failed to appear. An Order was entered on October 19, 2005, directing the plaintiff to inform the court within 10 days, in writing, as to why he failed to appear for the pretrial conference. To date, no response has been filed. Therefore, it is **RECOMMENDED** that this matter be **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure Rule 41(b) for lack of prosecution.

Pursuant to 28 U.S.C. ß636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies delivered to the Chambers of the Honorable Philip P. Simon, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich. The failure to file a timely objection will result

in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  *Willis v. Caterpillar, Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170 F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 7th day of November, 2005

s/ Andrew P. Rodovich
  United States Magistrate Judge