UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| WILLIAM G. SUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:05 CV 264 |
| | ) | |
| TOWN OF OGDEN DUNES, INDIANA; | ) | |
| ROBERT TROWBRIDGE; HAROLD | ) | |
| McCORKEL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich entered on November 7, 2005. This case was set for a Rule 16 preliminary pretrial conference on October 14, 2005, before Magistrate Judge Rodovich [Doc. 10]. Plaintiff failed to appear for the pretrial conference [Doc. 13]. Judge Rodovich entered an order on October 19, 2005, giving Plaintiff ten days to inform the Court, in writing, as to why he failed to appear for the pretrial conference [Doc. 14]. Plaintiff failed to file a response to the Magistrate's order.

On November 7, 2005, Judge Rodovich entered a Report and Recommendation to this Court, recommending that the matter be dismissed with prejudice against Plaintiff pursuant to Federal Rules of Civil Procedure 41(b) for lack of prosecution based on Plaintiff's failure to appear or respond [Doc. 15]. Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten days after being served with a copy of the Report and Recommendation to file written objections. Neither party has filed an objection to Magistrate Judge Rodovich's Report and Recommendation.

The Court having reviewed Magistrate Judge Rodovich's Report and Recommendation

and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, because Plaintiff has failed to object to Magistrate Judge Rodovich's November 7, 2005 Report and Recommendation [Doc. 15], Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.** The Clerk is further directed to treat this matter as **TERMINATED**, and all further settings are hereby **VACATED**.

**SO ORDERED.**

ENTER: March 17, 2006

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT
